# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADELITA ESPINOZA,** | Case No. 2:11-cv-01393-WBS-KJN |
| Plaintiff, | **ORDER** |
| vs. | |
| **FMS INVESTMENT CORP.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the Plaintiff's motion to continue the Initial Case Management Conference from September 19, 2011, at 2:00 p.m. to **October 31, 2011, at 2:00 p.m.** is hereby granted.

Dated this 6th_day of September, 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1