Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADELITA ESPINOZA,** | ) Case No. 2:11-cv-01393-WBS -KJN |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **FMS INVESTMENT CORP.,** | ) |
| | ) |
| Defendant. | ) |
| _____ ) _____ | |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 3rd day of October, 2011.

                    By: s/Todd M. Friedman
                       TODD M. FRIEDMAN
                       Law Offices of Todd M. Friedman, P.C.
                       Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 3rd day of October, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William B. Shubb
United States District Court
Eastern District of California

Notification sent electronically via U.S. Mail to:

Mr. Al Limberg
Sessions Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego CA 92108

This 3rd day of October, 2011.

s/Todd M. Friedman
Todd M. Friedman