UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELITA ESPINOZA, | ) Case No.  11-CV-01393-WBS-KJN |
| | ) |
| Plaintiff, | ) ORDER GRANTING JOINT |
| | ) STIPULATION AND MOTION TO SET |
| vs. | ) ASIDE ENTRY OF DEFAULT AND |
| | ) DISMISS ENTIRE ACTION WITH |
| FMS Investment Corp., | ) PREJUDICE |
| | ) |
| Defendant. | ) |
| | ) |

Based on the Joint Stipulation and Motion to Set Aside Entry of Default and Dismiss Entire Action With Prejudice filed in this action, the Entry of Default is hereby set aside, and the above-captioned action is hereby dismissed with prejudice.  Each party will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:  October 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Stipulation and Motion to Set Aside Entry of Default and Dismiss Entire Action With Prejudice

1