Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADELITA ESPINOZA,** | ) Case No. 2:11-cv-01393-WBS -KJN |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| **FMS INVESTMENT CORP.,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 14th day of October, 2011.

By:  s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 14th day of October, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 14th day of October, 2011, via the ECF system to:

Honorable William B. Shubb
United States District Court
Eastern District of California

Notification sent electronically via U.S. Mail to:

Mr. Al Limberg
Sessions Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego CA 92108

By: s/Todd M. Friedman
    Todd M. Friedman